E. T. Rice, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SWAYZE, Appellant, v. NEW YORK & O. COAL MINING CO., et al., Respondents. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Wilbur F. Swayze against the New York & Ohio Coal Mining Company and others. H. M. Hitchings, for appellant. S. H. Wandell, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

TAYLOR, Respondent, v. BARNETT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Kendrick Taylor against John W. Barnett, as executor, and another.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

TINSLEY, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Ada V. Tinsley against James A. Smith and others. No opinion. Motion for resettlement of order denied.

TOWNSEND et al., Respondents, v. TRUSTEES OF TOWN OF BROOKHAVEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Edward M. Townsend and others against the trustees, etc., of the town of Brookhaven and Lucy McKipprick. No opinion. Judgment affirmed, with costs.

VIEMEISTER, Respondent, v. UNDERWOOD TYPEWRITER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Louis H. Viemeister against the Underwood Typewriter Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground, that the alleged contract of employment for two years was not proved; the letter used for that purpose being insufficient.

VIOLETT et al., Respondents, v. HORBACH, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Atwood Violett and others against Paul W. Horbach. A. S. Gilbert, for appellant. W. P. Maloney, for respondent. No opinion. Judgment and order modified by reducing the extra allowance to 5 per cent. of the recovery, and, as so modified, affirmed, with costs to the respondent. Settle order on notice.

V. LOEWER'S GAMBRINUS BREWERY CO., Appellant, v. JAMES McGINN BROS. et al., Respondents. (Supreme Court, Appellate Term. February 11, 1907.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by the V. Loewer's Gambrinus Brewery Company against James McGinn Bros. and another. From a judgment in favor of defendants, plaintiff appeals. Affirmed as to defendant Ficke, and otherwise reversed. Paskus & Cohen, for appellant. Frank Verner Johnson, for respondents.

MacLEAN, J. The complaint herein was properly dismissed as to the defendant Ficke, because there was no proof that he was the owner of the wagon in collision on Thirty-Seventh street, between the North River and Eleventh avenue, with a wagon presumably belonging to and in the service of his codefendants (Norris v. Kohler, 41 N. Y. 42, 45); but as to the latter there arose, under the doctrine of Loudoun v. Eighth Ave. R. R. Co., 162 N. Y. 380, 384, 56 N. E. 988, for submission to the jury an issue of negligence, meager as were the details of the occurrence. The judgment should be affirmed, with costs as to the respondent Ficke, and reversed as to the defendant McGinn Bros., and a new trial ordered, with costs to the appellant to abide the event. Judgment affirmed as to the respondent Ficke, with costs, and reversed as to the defendant McGinn Bros., with costs to the appellant to abide the event. All concur.

VON EMDEN, Respondent, v. CENTRAL CONSUMERS' WINE, ETC., CO. Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Eva Von Emden against the Central Consumers' Wine etc., Company. M. Paskus, for appellant. J. S. Epstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re VOUGHT. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the application of Preston A. Vought for admission to the bar. No opinion. Application granted.

W. A. CASE & SON MFG. CO., Respondent, v. JEWETT & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by the W. A. Case & Son Manufacturing Company against Jewett & Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

WALKER, Appellant, v. THOMSEN et al., Respondents. (Supreme Court, Appellate Term. February 11, 1907.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Thomas S. Walker and others against Carl Thomsen and another. From a judgment for defendants, plaintiff appeals. Affirmed. W. E. Dressler, for appellant. Strasbourger, Weil, Eschwege & Schallek, for respondent.

PER CURIAM. Judgment affirmed, with costs.

MacLEAN, J. (dissenting.) It seems to be undisputed that the defendants, as sellers, signed and retained one of two contracts, signed by purchasers, for the purchase of certain real estate, received a check for $500, and signed and delivered the other (a duplicate) to the plaintiff. The minds of the parties thus met.